Nov. Term, 1861.

SPARKS
v.
McFARLAND.

*L. M. Ninde* and *H. W. Puckett*, for the appellants.
*W. H. Coombs*, for the appellees.

---

SPARKS *v.* McFARLAND and Others.

APPEAL from the *Vigo* Common Pleas.

Tuesday,
December 3.

*Per Curiam.*—Suit by the appellees against the appellant, upon two promissory notes, executed by *Sparks* to the appellees.

Judgment for the plaintiffs.

The error relied upon, to reverse the judgment, relates to the costs.

One of the notes was found to be usurious, while the

Nov. Term,
1861.

other was not. The defendant moved to tax all of the costs to the plaintiffs. This motion was overruled; but the Court taxed to the plaintiffs such costs as seem to have been made in consequence of the usurious note being joined in suit with the other. This seems to us to have been right. There is no error in the record.

The judgment is affirmed, with 5 per cent. damages and costs.

*Chas. E. Hosford* and *Putnam Brown*, for the appellant.